bert Van Loan against Tucker, Speyers & Co. No opinion. Motion denied, with $10 costs. Order filed.

VIGOUROUX, Respondent, v. HELVETIA SILK MILLS, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by John Vigouroux against the Helvetia Silk Mills. L. H. Porter, for appellant. F. S. McAvoy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VOGEL BINDER CO. v. MONTGOMERY et al. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by the Vogel Binder Company against William J. Montgomery and others. No opinion. Application for stay granted. Settle order before Mr. Justice SPRING on two days' notice.

VOGT, Appellant, v. SCHWARTZ, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Amelia Vogt against Solomon S. Schwartz. No opinion. Order of the Municipal Court affirmed, with costs.

WADDELL, Respondent, v. HUDSON RIVER ELECTRIC POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Claude W. Waddell against the Hudson River Electric Power Company. PER CURIAM. Judgment and order affirmed, with costs. WILLIAMS, J., dissents.

WAHL et al., Respondents, v. LEWIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Louis H. Wahl, as administrator, etc., and others, against George L. Lewis and another. No opinion. Judgment and order affirmed, with costs.

WAHLHEIMER, Appellant, v. BIANCHI et al., Respondents. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by George Wahlheimer against William Bianchi and others. J. N. Hayes, for appellant. T. Connoly, for respondents. No opinion. Judgment modified, by striking out extra allowance, and, as modified, affirmed, without costs. Settle order on notice.

WAHLHEIMER, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by George Wahlheimer against the Press Publishing Company. W. H. Van Benschoten, for appellant. J. N. Hayes, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WALLACE, Respondent, v. GOULD, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by David Wallace, trustee, etc., against Howard Gould, impleaded with others. A. R. Watson, for appellant. R. F. H. Macdonald, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WALSH, Appellant, v. VAIL, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Avery M. Walsh against Edward G. Vail, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

WALTER v. WALTER. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Moritz Walter against H. N. Walter. No opinion. Motion denied, with $10 costs. Settle order on notice.

WARRINE, Appellant, v. EAGLE WAGON WORKS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Joseph Warrine against the Eagle Wagon Works. PER CURIAM. Judgment and order affirmed, with costs. Held, that there was no liability at common law and that the case was properly submitted to the jury under the employer's liability act (Laws 1902, p. 1748, c. 600); also that the notice prescribed by that act must be served before the commencement of the action. KRUSE, J., dissents, upon the ground that service of notice under the employer's liability act simultaneously with the summons was a compliance with that statute, and that erroneous rulings upon that question and others were made in submitting the case to the jury, which require a reversal of the judgment.

WASSERMAN v. JACOBS. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Benoit Wasserman against Edith S. Jacobs. No opinion. Motion denied, with $10 costs. Order filed.

WASSERMAN, Respondent, v. JACOBS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Benoit Wasserman against Edith S. Jacobs, impleaded with others. F. Bien, for appellant. I. L. Bamberger, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed. LAUGHLIN and CLARKE, JJ., dissent.

WEBB et al. v. PARKER et al. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by F. Egerton Webb and another against Susan Day Parker and another. Motion to amend judgment. Judgment as entered reversed, and new trial granted. For prior report, see 114 N. Y. Supp. 489. Henry L. Sprague, for the motion. W. W. Mumford, opposed. PER CURIAM. The affidavits submitted on the present motion leave it somewhat doubtful whether or not the appellant Norton is entitled to enforce his lien as against the plaintiffs. The necessary findings to determine this ques-